**UNITED STATES of America, Plaintiff–Appellee,**

v.

**William CAMPBELL, Defendant–Appellant.**

**No. 13–15405
Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

April 13, 2015.

Michelle Lee Schieber, Tamara A. Jarrett, Michael J. Moore, Julia C. Bowen, U.S. Attorney's Office, Macon, GA, for Plaintiff–Appellee.

Charles Tyrone Brant, Colom and Brant, Attorneys at Law, Atlanta, GA, for Defendant–Appellant.

William Campbell, Edgefield, SC, pro se.

Before JORDAN, JILL PRYOR and EDMONDSON, Circuit Judges.

PER CURIAM:

Charles Brant, counsel for William Campbell, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that coun-

sel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED,** and Campbell's convictions and sentences are **AFFIRMED.**